UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )
                                )   CR F-98-5118 OWW
                                )
              Plaintiff,        )   NEW CASE NUMBER:
                                )
        v.                      )   CR F-98-5118 AWI
                                )
EUDELIO G. ALVARADO             )
                                )
                                )   ORDER REASSIGNING CASE
              Defendant.        )
                                )
_____)
```

      This matter is reassigned from the docket of United States District Judge Oliver W. Wanger to the docket of United States District Judge Anthony W. Ishii.

      To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**CR F-98-5118 AWI**

Ths case is set for **SENTENCING on December 19, 2005** before the **Honorable Anthony W. Ishii**. The December 14, 2005 Sentencing date before Judge Wanger is vacated.

DATED: 12/6/05

                                                  _____/s/Oliver W. Wanger_
                                                  OLIVER W. WANGER
                                                  UNITED STATES DISTRICT JUDGE