```
                                              FILED

                                       2005 DEC 23  A 8:58

                                       CLERK, US DIST. COURT
                                       EASTERN DIST. OF CALIF
                                           AT FRESNO

                                       BY_____
                                                   DEPUTY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUDELIO ALVARADO, JR.,<br><br>Defendant. | ) No. CR. F. 02-05103 AWI<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUDELIO ALVARADO, JR.,<br><br>Defendant. | ) No. CR. F. 98-5118 AWI<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [Proposed] ORDER
CONTINUING RESENTENCING HEARING DATE
FOLLOWING *BOOKER/AMELINE* REMAND**

WHEREAS following the Court's earlier sentencing of Defendant Eudelio Alvarado in case no. CR. F. 02-05103 AWI, the Ninth Circuit remanded the case to this Court for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084-85 (9th Cir. 2005) (en banc), which matter was set for status hearing before this Court on December 19, 2005; and

WHEREAS the parties have begun discussing this matter, along with related case no. CR. F. 98-5118 AWI, to determine whether a joint recommendation as to the resolution of these matters may be

1  achieved, but the parties have been unable to arrive at such a joint recommendation by the current
2  December 19, 2005 hearing date; and
3        WHEREAS due to the above, the parties notified the Court prior to the December 19 hearing
4  date that they would be unable to arrive at such a joint recommendation and that they therefore were
5  requesting that both matters be continued until January 23, 2006, with this written stipulation and
6  proposed order to follow; and
7        WHEREAS AUSA Jonathan Conklin has authorized defense counsel Mark Vermeulen to
8  prepare and submit this stipulation and order jointly on Mr. Conklin's and Mr. Vermeulen's behalf;
   therefore

### STIPULATION

      IT IS HEREBY STIPULATED that the current hearing date of December 19, 2005 may be vacated and continued to January 23, 2006 at 9:00 a.m., and both matters under the above-referenced case numbers may be set for that date and time.

      IT IS SO STIPULATED.

Dated: December 19, 2005

      McGregor W. Scott
      United States Attorney
      Jonathan B. Conklin
      Assistant United States Attorney
      Attorneys for Plaintiff

By: _____ For
    Jonathan B. Conklin

Dated: December 19, 2005

_____
Mark R. Vermeulen
Attorney for Defendant
Eudelio Alvarado, Jr.

///
///
///

## ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the current hearing date of December 19, 2005 shall be vacated and continued to January 23, 2006 at 9:00 a.m., and both matters under the above-referenced case numbers shall be set for that date and time.

IT IS SO ORDERED.

Dated: December 23, 2005

Anthony W. Ishii
United States District Judge